UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADELA DIAZ,<br><br>          Plaintiff<br><br>     v.<br><br>HOMEQSERVICING CORP., <u>et al.</u>,<br><br>          Defendants | CIVIL ACTION<br><br>No.02-3550 |

**MEMORANDUM/ORDER**

June ___, 2002

    Plaintiff Adela Diaz has brought this action against defendant HomEqServicing Corp., its affiliates, successors and assignees, pursuant to the Truth in Lending Act, 15 U.S.C. § 1601 <u>et seq.</u>, the Pennsylvania Consumer Protection Act, 73 P.S. § 201-1 <u>et seq.</u>, and the Pennsylvania Home Improvement Act, 73 P.S. § 500-101 <u>et seq.</u>  Before the court is plaintiff's motion to proceed <u>in forma pauperis</u>.  Ms. Diaz supports a household of three people on $888.00 of social security insurance, her sole source of income.  She possesses no equity in her home, owns no personal property worth more than $200.00, and owns no other assets.

    Plaintiff's motion to proceed <u>in forma pauperis</u> is hereby GRANTED.

                                                      _____
                                                             Pollak, J.